USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2020

UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FUJIAN OCEAN SHIPPING CO. LTD.,
individually and on behalf of
M/V ZHENG RUN (IMO No. 9593816), and
M/V ZHENG RONG (IMO No. 9593828)

                Plaintiffs,

-against-

O.W. BUNKER FAR EAST (S) PTE. LTD.,
EQUATORIAL MARINE FUEL
MANAGEMENT SERVICES PTE LTD,
SINANJU MARINE SERVICES PTE LTD,
GLOBAL MARINE TRANSPORTATION
PTE LTD, GLOBAL ENERGY TRADING
PTE LTD and ING BANK N.V.

                Defendants.

16-CV-401 (VEC)

**ORDER**

---

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 29, 2020, the parties appeared for a telephone conference;

    IT IS HEREBY ORDERED that for the reasons stated at the conference, the parties must meet and confer to determine whether they can agree upon the text of a joint letter to the arbitral panels in London, informing them that a stay has been entered in the two captioned cases above and that the parties are not currently in a position to move forward in the arbitrations. The parties must submit a joint letter to this Court updating the Court on the status of such a letter by no later than **Thursday, November 12, 2020**.

    IT IS FURTHER ORDERED that all discovery must be complete by no later than **Thursday, December 31, 2020**. A conference is scheduled for **Friday, January 8, 2020, at 11:30 A.M.** All parties and any interested members of the public must attend by dialing 1-888-

363-4749, using the access code 3121171, and the security code 0401. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

    IT IS FURTHER ORDERED that the parties must inform the court by no later than **Thursday, November 12, 2020**, whether they would like a referral to their assigned Magistrate Judge for a settlement conference.

**SO ORDERED.**

Date:  **October 29, 2020**
       **New York, New York**

    **VALERIE CAPRONI**
    **United States District Judge**