UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FUJIAN OCEAN SHIPPING CO. LTD.,
individually and on behalf of M/V ZHENG RUN
(IMO No. 9593816), and M/V ZHENG RONG
(IMO No. 9593828),

                               Plaintiff,

            -against-                                      16 **CIVIL** 401 (VEC)

## **JUDGMENT**

O.W. BUNKER FAR EAST (S) PTE. LTD.,
EQUATORIAL MARINE FUEL
MANAGEMENT SERVICES PTE LTD.,
SINANJU MARINE SERVICES PTE LTD.,
GLOBAL MARINE TRANSPORTATION PTE
LTD., GLOBAL ENERGY TRADING PTE LTD.
and ING BANK N.V.,

                              Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 28, 2022, ING's motion for summary judgment is GRANTED and GET's motion for summary judgment is DENIED. Fujian's motion to be discharged from liability to ING and GET for claims arising out of or relating to the subject bunker transactions is GRANTED and the preliminary injunction at docket entry 13 is made PERMANENT as against ING and GET. Fujian's request for attorneys' fees and costs is DENIED without prejudice. Judgment is entered in favor of ING Bank N.V. and against Global Energy Trading Pte Ltd.

**Dated:** New York, New York

      March 29, 2022

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                    **BY:**      K. Mango

                                                                     **Deputy Clerk**