Blank Rome LLP
1271 Avenue of the Americas
New York, New York 10020
Thomas H. Belknap, Jr.
(212) 885-5270
tbelknap@blankrome.com
*Attorneys for Global Energy Trading Pte Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUJIAN OCEAN SHIPPING CO. LTD., individually and on behalf of M/V ZHENG RUN (IMO No. 9593816), and M/V ZHENG RONG (IMO No. 9593828)<br><br>                    Plaintiff,<br><br>     v.<br><br>O.W. BUNKER FAR EAST (S) PTE. LTD., EQUATORIAL MARINE FUEL MANAGEMENT SERVICES PTE LTD, SINANJU MARINE SERVICES PTE LTD, GLOBAL MARINE TRANSPORTATION PTE LTD, GLOBAL ENERGY TRADING PTE LTD and ING BANK N.V.<br><br>                    Defendants. | 16 Civ. 00401 (VEC) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Global Energy Trading PTE Ltd. ("Global Energy") hereby appeals to the United States Court of Appeals for the Second Circuit from those portions of the Order and Opinion entered March 28, 2022 (Dkt No. 94), and Judgment entered March 29, 2022 (Dkt No. 95), granting ING Bank N.V.'s motion for summary judgment (Dkt No. 71), denying Global Energy's motion for summary judgment (Dkt No. 66), and entering judgment in favor of ING Bank N.V. and against Global Energy.

147289.00601/128722653v.1

Dated:  New York, New York
       April 26, 2022

By: *Thomas H. Belknap, Jr.*
Thomas H. Belknap Jr.
BLANK ROME LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone:  212-885-5270
Fax:  917-332-3795
Email:  tbelknap@blankrome.com

*Attorney for Defendant-Claimant*
*Global Energy Trading Pte Ltd.*