UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                      :
FUJIAN OCEAN SHIPPING CO. LTD.,       :
individually and on behalf of M/V ZHENG RUN  :
(IMO No. 9593816), and M/V ZHENG RONG   :
(IMO No. 9593828),                                :
                                                      :
                              Plaintiff,  :
                                                      :       16-CV-401 (VEC)
               -against-                  :
                                                      :       <u>OPINION & ORDER</u>
O.W. BUNKER FAR EAST (S) PTE. LTD.,       :
EQUATORIAL MARINE FUEL             :
MANAGEMENT SERVICES PTE LTD.,      :
SINANJU MARINE SERVICES PTE LTD.,    :
GLOBAL MARINE TRANSPORTATION PTE :
LTD., GLOBAL ENERGY TRADING PTE LTD. :
and ING BANK N.V.,                                :
                                                      :
                               Defendants.  :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/02/2022

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 1, 2016, Fujian Ocean Shipping Co. Ltd. ("Fujian") deposited $1,972,392.60 in the Court's registry to stand as security in this interpleader action, Deposit Order, Dkt. 12; Cashiers Office Receipt (Feb. 1, 2016 text entry);

       WHEREAS on March 28, 2022, the Court resolved cross-summary judgment motions filed by Global Energy Trading Pte Ltd. ("GET") and ING Bank N.V. ("ING"), *Fujian Ocean Shipping Co. v. O.W. Bunker Far E. (S) PTE. Ltd.*, No. 16-CV-401, 2022 WL 902668 (S.D.N.Y. Mar. 28, 2022);

       WHEREAS the Court found that "ING is entitled to $1,315,247.52 (the invoice amounts) plus $50,276.33 (prejudgment interest) minus the attorneys' fees and costs to be awarded to Fujian following either the parties' agreement on that issue or the Court's resolution of a new fee

application," and that "Fujian is entitled to $606,868.75, the remaining amount on deposit, plus the attorneys' fees and costs that ultimately will be awarded," *id.* at *18;

WHEREAS on July 29, 2022, the parties filed a proposed stipulation and order with respect to the disbursement of the $1,972,392.60 on deposit with the Court, Prop. Stip., Dkt. 107;

WHEREAS on August 2, 2022, the Court granted the parties' request that the monetary terms in the proposed stipulation and order be kept under seal, Endorsement, Dkt. 108;

WHEREAS pursuant to the proposed stipulation, ▮ is to be disbursed to Fujian's attorneys in this action, to then be disbursed by them in accordance with the Settlement Agreement, Prop. Stip, Dkt. 107 at 3;

WHEREAS the proposed stipulation also states that "the balance of the Interpleader Fund, comprising ▮ [is to] be deposited into an interest-bearing account under the Court's CRIS system," *id.*;

WHEREAS given that the Interpleader Fund totals $1,972,392.60, following a disbursement of ▮ to Fujian's attorneys, ▮ (and not ▮) would comprise the balance of the Interpleader Fund and would remain deposited with the Court; and

WHEREAS the proposed stipulation accordingly leaves ▮ unaccounted for and on deposit in the Court registry's non-interest bearing account.

IT IS HEREBY ORDERED that by no later than **Friday, August 12, 2022**, the parties must file a letter explaining the unaccounted for ▮ or alternatively, the parties may file a revised proposed stipulation and order accounting for the entire Interpleader Fund.

**SO ORDERED.**

**Date: August 2, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**