# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

WRITER'S DIRECT DIAL:

(212) 574-1448

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2022

August 3, 2022

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Fujian Ocean Shipping Co. Ltd. v. O.W. Bunker Far East (S) Pte. Ltd., et al.*
           (No. 16-cv-401)

Dear Judge Caproni:

    We write on behalf of ING Bank N.V., as Security Agent ("ING"), with the consent of Global Energy Trading Pte Ltd. ("GET") and Fujian Ocean Shipping Co. Ltd. ("Fujian" and, together with ING and GET, the "Parties").

    Further to the Court's Opinion & Order requesting clarification concerning the Parties' proposed stipulation or, alternatively, a revised proposed stipulation and order accounting for the entire Interpleader Fund (Doc. 109), the Parties herewith submit an Amended Stipulation and Proposed Order for Discharge, Dismissal With Prejudice, and Transfer of Funds, dated August 3, 2022. ING respectfully requests that, for the same reasons set forth in its motion to seal the Parties' original stipulation and proposed order (Doc. 105), which the Court granted on August 2, 2022 (Doc. 108), the Court (1) seal the highlighted portions of the enclosed amended stipulation and (2) seal the docket entry reflecting the amount of the withdrawal from the Court Registry Investment System.

    We stand ready to address any questions the Court may have as to this application and thank the Court for its consideration.

Respectfully submitted,

Brian P. Maloney

Hon. Valerie E. Caproni
August 3, 2022
Page 2

Enclosure

Cc:    Bruce G. Paulsen (paulsen@sewkis.com)
       James Power (james.power@hklaw.com)
       Marie Larsen (marie.larsen@hklaw.com)
       Thomas Belknap (TBelknap@BlankRome.com)

---

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*  08/04/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE