UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUJIAN OCEAN SHIPPING CO. LTD., individually and on behalf of M/V ZHENG RUN (IMO No. 9593816), and M/V ZHENG RONG (IMO No. 9593828)<br><br>                                Plaintiff,<br><br>        v.<br><br>O.W. BUNKER FAR EAST (S) PTE. LTD., EQUATORIAL MARINE FUEL MANAGEMENT SERVICES PTE LTD, SINANJU MARINE SERVICES PTE LTD, GLOBAL MARINE TRANSPORTATION PTE LTD, GLOBAL ENERGY TRADING PTE LTD and ING BANK N.V.<br><br>                                Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 05/31/2023<br><br><br>No. 16 Civ. 00401 (VEC) |

### [PROPOSED] ORDER AUTHORIZING INTERPLEADER DISBURSEMENT

WHEREAS, this Court entered judgment in favor of ING Bank N.V. ("ING") and against Global Energy Trading Pte Ltd. ("GET") upon an opinion and order dated March 28, 2022 and clerk's judgment entered March 29, 2022 (Dkts. 94, 95);

WHEREAS, GET filed a notice of appeal to the United States Court of Appeals for the Second Circuit on April 26, 2022 (Dkt. 98);

WHEREAS, pending the outcome of GET's appeal, by Order dated August 4, 2022, interpleader funds in the amount of $881,872.57 were ordered deposited into an interest-bearing account under the Court's Court Registry Investment System (CRIS) (Dkt. 115);

WHEREAS, the Court's judgment was affirmed by the Second Circuit Court of Appeals by order dated April 20, 2023 and issued as a mandate on May 11, 2023 (Dkt. 123);

NOW, IT IS HEREBY ORDERED, that the Clerk of Court shall forthwith distribute the interpleader funds on deposit in this action, comprising $881,872.57 plus any accrued interest under the Court's CRIS system while on deposit, by check made payable to "Seward & Kissel LLP as attorneys".

The Clerk of Court is respectfully directed to lift the stay in this matter and to CLOSE the case.

_____   05/31/2023
Hon. Valerie E. Caproni
UNITED STATES DISTRICT JUDGE